# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DEANNA M. LEONE, Individually and as Administratix of the Estate of Todd J. Leone, deceased**

          V.          CASE No.: 5:06-CV-389(NAM/GJD)

**CSX TRANSPORTATION, INC., and CSX CORPORATION**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing the complaint with prejudice in its entirety pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on March 26, 2008.

DATED:    March 26, 2008

                                                    Clerk of Court

LKB:lmp